**RECEIVED**

APR 2 8 2003

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Ira Jackson #N-82059

DOCKETED
APR 2 9 2003

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

# 03 C 2850

vs.

Aurelia Pucinski

Case No: _____
(To be supplied by the Clerk of this Court)

&

**JUDGE LEFKOW**

Cook County Clerk's Office

MAGISTRATE JUDGE DENLOW

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_X_    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Ira Jackson

B. List all aliases: NONE

C. Prisoner identification number: #N-82059

D. Place of present confinement: Jacksonville Correctional Center

E. Address: 2268 East Morton Ave. Jacksonville IL. 62650

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Ms. Aurelia Pucinski

Title: Cook County Clerk

Place of Employment: 2650 S. California Chicago, IL. 60608

B. Defendant: The Cook County Clerk's Office

Title: County Clerks

Place of Employment: 2650 S. California, Chicago, IL. 60608

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III.**     **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.     Is there a grievance procedure available at your institution?

YES (X )   NO ( )   If there is no grievance procedure, skip to F.

B.     Have you filed a grievance concerning the facts in this complaint?

YES ( )   NO (X)

C.     If your answer is **YES**:

1.     What steps did you take?    Does Not Apply

_____

_____

_____

2.     What was the result?    Does Not Apply

_____

_____

3.     If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

Does Not Apply

_____

_____

_____

D.     If your answer is **NO**, explain why not:    Does Not Apply

_____

_____

_____

E.   Is the grievance procedure now completed?  YES ( )  NO ( )

Does Not Apply

F.   If there is no grievance procedure in the institution, did you complain to

authorities?  YES ( )  NO ( )   Does Not Apply

G.   If your answer is **YES**:    Does Not Apply

1.   What steps did you take?

Does Not Apply

_____

_____

_____

2.   What was the result?   Does Not Apply

_____

_____

H.   If your answer is **NO**, explain why not:

Does Not Apply

_____

_____

_____

_____

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: _____ Does Not Apply _____

B.   Approximate date of filing lawsuit: _____ Does Not Apply _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
     _____ Does Not Apply _____

D.   List all defendants: _____ N/o _____ Does Not Apply _____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ Does Not Apply _____

F.   Name of judge to whom case was assigned: _____ Does Not Apply _____

G.   Basic claim made: _____ Does Not Apply _____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ Does Not Apply _____

H.   Approximate date of disposition: _____ Does Not Apply _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

# <u>CONSTITUTIONAL   VIOLATIONS</u>

A. A RIGHT TO DO PROCESS

B. A RIGHT TO A FAIR TRIAL & APPEAL

C. A RIGHT TO EQUAL PROTECTION & FUNDAMENTAL FAIRNESS

D. A RIGHT TO HAVE A COMPLETE CERTIFIED COPY OF ALL TRIAL
   TRANSCRIPTS & COMMON LAW RECORDS

## <u>SEE  STATEMENT  OF  FACTS</u>

V.    Statement Of Claim:

Your Honor, I'm suing Ms. Aurelia Pucinski, Clerk of the Cook
County and the Cook County Clerk's Office, For Violating my
Constitutional Rights to an Appeal. They violated my rights as an
inmate access to the courts.


1. They failed to provide me by law with a certified free copy
of my Trial Transcripts and Common Law Records of proceedings. By
not doing so it has unable me to present any and all claims of
denial of my rights under the Constitutions of the State of Illinois
and the United States, and that my present eighteen years imprisonment
is premised upon the conviction from the court of Cook County. I am
now unable to receive a full and fair review of my present conviction.


2. My rights of do process and equal protection of the law. I am
rightfully entitle to a true and correct official copy of my trial
transcripts and common law records of proceedings and without them
I'm subjected to arbitrary and oppressive treatment that is proscribed
by the Illinois Revised Statutes (1962).


3. My Fundamental Fairness Constitutional Rights of meaningful
access to the courts of appeals. Your Honor every case comprises two
parts, law and fact, concept of meaningful access to the courts
necessarily embodies requirement that each inmate be provided access
to the courts is impossible without a trial transcripts or adequate
substitute.


Your Honor, I have attach some exhibit letters that I've
high lighted for your viewing to show that me and my family has been

6

trying very very hard every way possible to obtain a complete copy of my trial transcripts over a period of ten years or more. We has paid many different attorneys to find and obtain my records.

The Clerk's Office of Cook County was telling everyone that my transcripts wasn't there and that they must be lost or missing. Your Honor, please see letter exhibit #B. that I received dated April 16, 1997 an attorney my family hired to represent me name David C. Thomas, from Chicago Kent College Of Law. He went in front of a Judge and got a court order for the Cook County Clerk's Office to release my trial transcripts, it was granted and the clerks office still would not release my records. There should still be a copy of that order file.

See letter exhibit #C. that I received from a Ms. Althea K. Welsh, dated May 14, 1999, about two years from that April 16, 1997 letter, about the time Mr. Thomas, was granted the court order for the release of my records and as of Ms. Welsh letter you can see that Mr. Thomas, was still trying, and unable to locate my transcripts because the Cook County Clerks Office would not release them.

Your Honor, you will also see letter exhibit #D. of a Notary letter that I sent to the Attorney General Office Jim Ryan, and a copy to the Clerks Office asking for their help in having an Investigation Conducted to find out where is my official court transcripts, & why are they either missing or loss. I never did receive answer back from the Attorney General Office, nor the Clerks Office at all.

7.

And last you will see copies of letters from Ms. Mary Kaye, an Administrative Assistant at the University Legal Service & Reseach Department in Birminhgam Michigan. More attorneys that my family hired recently to track down and obtain my trial transcripts, and to research any Post-Conviction  remedies or ᴄᴏᴄ any other possible remedies that I may have at this late point and time after eighteen years that my records been with-held from me by the Cook County Clerk's Office.

Your Honor, even as of today the Cook County Clerk, Aurelia Pucinski, & the Clerk's Office has been and is still giving me and my attorneys the run-around for these trial transcripts and common law records. Now I truly pray to "God", that this Honorable Courts will see that this was, and still is a Conspiracy against me alone, by the Cook County Clerk Ms. Aurelia Pucinski, and her Clerk's Office.

They all Conspired to keep my records from me, and from ever being able to Appeal my Conviction, and to never get the chance to really see and review whats in these records that were very very necessary for me to have had a meaningful and timely Appeal! and with all the Injustice that was done to me in my trial, things that I will never ever be able to Appeal now at this late point in time to prove my innocents.

8.

## VI.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

My relief is to be granted 1.5 Million Dollars, That all court cost

and legal fees be paid, and to receive a free complete certified

copy of my trial transcripts & common law records with the chance to

finally Appeal my conviction.

I want to thank Your Honor for your time and consideration.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information
and belief.  I understand that if this certification is not correct,
I may be subject to sanctions by the Court.

Signed this *23rd* day of *April*, 20 03

*"OFFICIAL SEAL"*
*SUSAN J CROWFOOT*
*Notary Public, State of Illinois*
*My Commission Exp. 03/21/2004*

*Ira Jackson*
(Signature of plaintiff or plaintiffs)

Ira Jackson

(Print name)

#N-82059

(I.D. Number)
Jacksonville Correctional Center

2268 East Morton Ave.

Jacksonville, IL. 62650

(Address)

9.

*See Copy*    *Exhibit "A"*

# OFFICE OF THE STATE APPELLATE DEFENDER
## FIRST JUDICIAL DISTRICT

**JAMES R. THOMPSON CENTER**
**100 WEST RANDOLPH STREET — SUITE 5-500**
**CHICAGO, ILLINOIS 60601**
**TELEPHONE: 312/814-5472**
**FAX: 312/814-1447**

MICHAEL J. PELLETIER
DEPUTY DEFENDER

May 21, 1999

KENNETH L. JONES
GORDON H. BERRY
ALAN D. GOLDBERG
FRANK W. RALPH
PATRICIA UNSINN
MANUEL S. SERRITOS
BARBARA C. KAMM
JAMES E. CHADD
LORI L. MOSBY
DEBRA R. SALINGER
ANN C. MCCALLISTER
PATRICIA MYSZA
LINDA EIGNER
MARIA A. HARRIGAN
PAMELA Z. O'SHEA
YASEMIN EKEN
TOMAS G. GONZALEZ
TRACY A. McGONIGLE
RONALD S. PACKOWITZ
AMY KRAUS
MICHAEL C. BENNETT
CHRISTOPHER W. BUCKLEY
DEBORAH J. ISRAEL
MICHAEL H. ORENSTEIN
LINDA M. OLTHOFF
BONNIE KIM
ASSISTANT DEFENDERS

Ira Jackson
Register No. N-82059
Hill Correctional Center
P.O. Box 1327
Galesburg, IL 61401

    <u>People v. Ira Jackson</u>
    Indictment No.    85 C 12906

Dear Mr. Jackson:

    This letter is to inform you that this office has been appointed to represent you in your case on appeal. Enclosed is an information sheet which explains the procedures we follow in handling appeals and a timetable which explains the approximate length of time the appeal process is expected to take, beginning with the date the notice of appeal is filed.

    A specific attorney in our office will not be assigned to your case until we have received your complete record. We usually receive the complete record six to ten months from the date of our appointment, but there are instances where it takes even longer. When we do receive the record, you will be notified of the attorney assigned to your case. From that point on you should direct any questions to the attorney assigned to your case. The named attorney will handle your case unless another attorney's caseload would permit him/her to work on your case sooner. In the event that your case is reassigned, you will be notified.

    Prior to the assignment of your case to an attorney, should you have any questions, please do not hesitate to write Susan Carr, our senior paralegal. Due to budget constraints, Ms. Carr cannot accept your collect calls. If she needs to speak to you, arrangements will be made to accept your collect call.

    Please be aware that Ms. Carr is not an attorney and cannot answer your legal questions. No attorney will be able to answer your legal questions until we

Exhibit #B
See Copy

**FILE COPY**

**Law Offices**
**Chicago-Kent College of Law**
**Illinois Institute of Technology**

Faculty Attorneys

Gary S. Laser, Director
Stephanie F. Altman
Gerald Brown
Nanette R. Elster
Richard J. Gonzalez
Vivien C. Gross
Marc R. Kadish
Pamela A. Kentra
Richard S. Kling
Nancy R. Livingston
Terrance A. Norton
David C. Thomas

April 16, 1997

Mr. Ira Jackson
No. N-82059
P. O. Box 1700
Galesburg, IL 61401

565 West Adams Street
Suite 600
Chicago, Illinois 60661-3691
Telephone 312 906-5050
Fax 312 906-5299

Re: <u>People v. Jackson</u>

Dear Ira:

Enclosed please find a copy of the Opinion in People vs. Allen Falls. As you can see, contrary to what you stated, his conviction and sentence were affirmed on appeal. In other words, he did not get a time cut.

Also enclosed is a copy of the Opinion in your case. Based upon a disposition in your case, and the Opinion by Judge Corr in your habeas corpus case, 95 C 451, it is hard to believe that you have any issues left at this point. Judge Corr rejected your claims regarding the sufficiency of the indictment, the failure to sever the murder charges from the conspiracy charges, and the <u>Miranda</u> violation.

The Illinois Appellate Court had previously rejected the same issues.

Be that as it may, as I previously advised you the transcript of your case is at the Clerk's office but they will not release it without a court order, and you have no case pending. I am still trying to dislodge the transcript from the Clerk's office and will continue to do so.

Cordially,

*David*

David C. Thomas
Attorney at Law

ACT/saw
Enclosure
cc: Ms. Arlene Jackson

**CHICAGO ◆ KENT**

*Exhibit #6*

*See Copy*

Ms. Althea K. Welsh
May 14, 1999
Page 2


Under these circumstances when Mr. Jackson notified me that he was frustrated by the fact that I had been unable to locate the transcript, I offered to refund a portion of his money as stated in the letter dated August 14, 1998, which he furnished to you. Given the many hours I've spent on the case, I think refunding a third of the money he paid is more than fair to Mr. Jackson. His request that I return all the money is totally unreasonable. I have over $100.00 alone in collect phone calls from Mr. Jackson.

Finally, Mr. Jackson never requested that I visit him and I have not refused to meet with his mother. I never agreed to file any "appeal" for Mr. Jackson. Having reviewed his records, it does not appear that he even has an "appeal" because his direct appeal is final, he has already filed one federal habeas, which is final, and it is too late (and already was too late when Mr. Jackson contacted me) to file a state post-conviction.

*He said that He Could not locate my Record Right? So how would He know if I Do not have an Appeal left?*

If you have any questions or need any additional information, please do not hesitate to contact me.

*I have a Post Conviction in Court Right now, and They are appoint me a Attorney so if I did not have an*

Yours very truly,

*appeal left Why would the courts hear my case? this is how I Know mr. Thomas is lying, and Trying to*

David C. Thomas *Take my money.*

David C. Thomas
Attorney at Law


DCT:saw
Enclosures

Exhibit D

## NOTICE OF FILING/PROOF OF SERVICE

TO: The Honorable: Jim Ryan, Attorney General Of The State Of Illinois

ATTN: 100 West Randolph Street
12th Floor
Chicago, Illinois, 60601

ATTN: CLERK; Would you please stamp one (1) copy filed and return to me as my receipt?

TO: _____

ATTN: _____

## C E R T I F I C A T E   O F   S E R V I C E

I, IRA JACKSON PRO-SE _____, swear under the penalty of perjury that I have served the above the attached: Official Letter Of Notification Pertaining To An Investigation Being Conducted To Find Out Why Are All Of This Defendant-Petitioner's Official Court Transcripts Are Either Missing Or Loss? In The Cook County Ct. by placing said documents in the U.S. Mail, first class postage prepaid in a U.S. Postal Box marked the same, at Henry Hill Correctional Center on the date signed hereon by the below Notary Public.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 2nd DAY OF June , 19 98
_Lenard E. Palmer_
NOTARY PUBLIC
MY COMMISSION EXPIRES:_____

AFFIANT:

/s/ _Ira Jackson N82059_
[Name & Number]
Henry Hill Corr. Center
P.O. Box 1700
Galesburg, Illinois. 61401

OFFICIAL SEAL
LENARD E. PALMER
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 7-24-1999

## OFFICIAL LETTER OF NOTIFICATION

Date: June 2, 1998

To: The Honorable Jim Ryan
    Attorney General Of The State Of Illinois
    100 West Randolph Street-12th Floor
    Chicago, Illinois, 60601

Fr: Mr. Ira. Jackson – Petitioner Pro-Se
    ID# N-82059 R1-A38
    Henry C. Hill Correctional Center
    P.O. BOX 1700-Galesburg, Illinois, 61401
    (309) 343-4212

In Re: people of the State Of Illinois Vs. Ira Jackson Case Number # 85-12906-04

Dear Attorney General, Jim Ryan:

My name is Mr./Inmate/ Ira. Jackson. I am a Illinois Department Of Corrections
Prisoner. My IDOC Number # N-82059. I am presently at the medimum Security Corr-
tional Center Hill Correctional Center, located within Galesburg, Illinois. Sir, I
will get right to the point with you on why I am writing you this communication.
SIR AS THE CHIEF LAW ENFORCEMENT PERSON IN THE STATE OF ILLINOIS, I WANT YOU TO KNOW
THAT I AM HAVING TROUBLE OBTAINING A OFFICIAL COPY OF THE TRANSCRIPTS OF MY CASE?

I am in the process of filing an appeal in my case and I don't have a copy of the trans-
cripts to work with! I have did everything within my powers to obtain a copy of the
official transcripts....and people in the outside world including, but not limited to
my family have tryed to obtain the transcripts. But, it has been all to "no" avail!
I am willing to pay for the transcripts....but no Court official/Clerk etc....seems
to know just where the transcripts are at? I was convicted in Cook County Circuit Court,
County Department Criminal Division. But, I am being informed by the clerk of the
Court that the "official court transcripts and common law records are not there???"
AS STATED I AM IN THE PROCESS OF TRYING TO FILE AN APPEAL IN MY CASE "POST-TRIAL"
PRO-SE LITIGATION. I NEED A COPY OF THE OFFICIAL TRANSCRIPTS AND COMMON LAW RECORDS.
I hope that you or someone in your office will CONDUCT an investigation with the Clerk
of the Court's Office at Cook County Circuit Court and or the United States District
Court for the Northern District-Eastern Division, Or the Office of the Clerk for the
Seventh Circuit Court Of Appeals....and find out just what did happen to my Official
Court Transcripts and common-law records. I also want to know just how I can go about
obtaining a copy of same. I AM WILLING TO PAY FOR THE TRANSCRIPTS. I do understand that
you are very busy therefore I will not hold you any longer from your official duties.
In closing I thank you in advqnce for your time and consideration served in this very
serious matter. I close and await your official response.

CC: On file
    Family


See: Attached!

Respectfully Submitted,
/s/ Ira Jackson
Mr. Ira Jackson, Petitioner Pro-Se
Illinois State Prisoner
ID#N-82059  R1-A38
Hill Corr. Center
P.O. BOX 1700-Galesburg, Illinois, 61401
(309) 343-4212

State Of Illinois)
                 )SS:
County Of Knox   )


# A F F I D A V I T


I, __IRA JACKSON PRO-SE_____, being duly sworn upon my oath depose

and state that, the information contained in the foregoing Motion/Petition For

__LETTER OF NOTIFICATION TO THE ATTORNEY GENERAL ("PRO-SE")_____, is

true and correct both in substance and fact made upon my personal knowledge and

belief and, if called as a witness, I am competent to testify thereto.

Further affiant sayeth not.

Subcribed And Sworn To Before
Me On This 2ⁿᵈ Day Of June,
199 8

/s/ _Lenard E Palmer_
**Notary Public**

_Ira Jackson  N82059_
AFFIANT (name & register number)
**Mr. Ira Jackson, Petitioner Pro-Se**
**ID# N-82059   R1-A38**
**Henry C. Hill Correctional Center**
**P.O. BOX 1700**
**Galesburg, Illinois, 61401**
**(309) 343-4212**

OFFICIAL SEAL
**LENARD E. PALMER**
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 7-24-1999

*Exhibit # E*



# UNIVERSITY
# LEGAL SERVICES

Research Department – Box 914 – Birminhgam, Michigan 48012-0914 – (1-800-297-5022)

January 14, 2002

Mr. Ira Jackson #N82059
Jacksonville Correctional Center
2268 East Morton Ave.
Jacksonville, Illinois  62650

Re; *CLIENT REFERENCE NUMBER*

*Client Reference Number 820-J*

Dear Mr. Jackson,

Please be advised that our office is now using a *Client Reference* numbering system.
Our office will not speak to any family member, friends, or wife regarding your current
case situation, unless the above reference number is given.

Please make a note of this number to insure security measures, and we look forward to
working with you.

Mary Kaye
Administrative Assistant

*Cc;file*
*E. Jackson*

*PLEASE NOTE! WHEN MAILING ANY AND ALL OF YOUR LEGAL DOCUMENTS,
PLEASE ADVISE YOUR FACILITY IT MUST BE MAILED TO OUR OFFICE U.S. MAIL
ONLY, NOT UPS!   ADDRESS THESE DOCUMENTS TO UNIVERSITY LEGAL
SERVICES, ATTENTION: RESEARCH DEPARTMENT, P.O. 914, BIRMINGHAM,
MICHIGAN 48012-0914.*

Research resources:
Northwestern University Law Library
University of Michigan Law Library
Westlaw

*1-(800) 297-5022*
*1-(248) 363-3995*
*( Office hours Mon thru Fri,*
*between 8:30 a.m. & 5:00 p.m.)*





*Exhibit # F*

# UNIVERSITY
# RESEARCH SERVICES, LLC.
*Comprehensive Research Source*
Research Department – Box 914 – Birmingham, Michigan 48012-0914 – 1-(800) 297-5022

February 21, 2003

Mr. Ira Jackson  N82059
Jacksonville Correctional Center
2268 E. Morton Ave.
Jacksonville, Illinois  62650

Re; **RESEARCH OF POST-CONVICTION REMEDIES**

Dear Mr. Jackson,

Our office is in receipt of your correspondence dated February 9, 2003 concerning the research of your post-conviction remedies, thank you.

Upon direct review of your correspondence, please be advised that the Cook County Clerk office charges a copy fee for every document reproduced. Please be advised that if you wish to have our office retrieve those documents, we will do so, although there will be a charge. Our office only charges you for the actual cost which the clerks deems appropriate for the amount of copies reproduced. If you wish our office will contact the Court Clerk and find out the actual cost for such documents. You may also contact them directly to ask for a copy as well. Mr. Jackson, our office understands that this process can be a lengthy one, although your documents are very important to our research.

Mary Kaye
Administrative Assistant

*Cc;file/jw*
*I. Jackson/E.Jackson*
**Research Resources:**
**University of Chicago Law Library**
**University of Michigan Law Library**
**Lexis/Nexis**
**West Law**

**Research Department**
**1-800-297-5022**
**248-363-9792**



University Research Services research department works with inmates and their families on a direct basis in areas that do not involve the active practice of law, and commits to legal counsel licensed in the jurisdiction in which your case arose, with respect to any post-conviction matters which involve the filing of pleadings. University Research Services cannot and does not give legal advice.